FILED
GREAT FALLS DIV.
2008 MAY 22 PM 12 49
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GREGORY ALLEN YOUNG,<br><br>                    Plaintiff,<br><br>vs.<br><br>DR. VIRGINIA L. HILL; ED AMBERG, et al.,<br><br>                    Defendants. | No. CV 06-89-BU-SEH<br><br>**ORDER** |

On May 1, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 31.

-1-

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Defendant Hill's and Amberg's Motion for Summary Judgment[2] is GRANTED.

2. Plaintiff's Complaint is DISMISSED.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 22nd day of May, 2008.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 30.